631 A.2d 542

IN THE MATTER OF JO DOIG, AN ATTORNEY AT LAW.

September 10, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that JO DOIG of WEST WINDSOR, who was admitted to the bar of this State in 1975, be publicly reprimanded for violating *RPC* 1.7(b) by undertaking a dual representation of two individuals in a business/real estate matter without obtaining their consent after full disclosure, and *RPC* 8.4(c) by altering a deed after closing, failing to inform the co-owner and the bank of her action, and misrepresenting the reason for the inclusion of the additional name on the deed, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and JO DOIG is hereby publicly reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.